328

**Valerie K. SCOTT, Petitioner,**

v.

**DEPARTMENT OF AGRICULTURE, Respondent.**

No. 2008–3230.

United States Court of Appeals, Federal Circuit.

May 30, 2008.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Vincent E. MAY, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2008–3231.

United States Court of Appeals, Federal Circuit.

May 30, 2008.

Vincent E. May, of Counsel Attorney, El Cerrito, CA, pro se.

Calvin Morrow, Principal Attorney, Merit Systems Protection Board, Washington, DC, for Respondent.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Charles E. POSEY, Petitioner,**

v.

**DEPARTMENT OF DEFENSE, Respondent.**

No. 2008–3232.

United States Court of Appeals, Federal Circuit.

May 30, 2008.